UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRONE L. CLIFF,<br><br>        Petitioner,<br><br>    v.<br><br>ANDRE MATEVOUSIAN, Warden,<br><br>        Respondent. | No. 1:17-cv-00641-JLT (HC)<br><br>ORDER DENYING MOTION TO EXPEDITE<br><br>(Doc. 2) |

On May 8, 2017, Petitioner filed a motion to expedite proceedings in the pending petition for writ of habeas corpus. As Petitioner correctly states, the instant action is pending before this Court. However, the Court does not have an expedited calendar. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware of Petitioner's pending petition; nevertheless, the Court's docket of pending cases is substantial.

Accordingly, Petitioner's motion to expedite the pending petition for writ of habeas corpus is **DENIED**.

IT IS SO ORDERED.

    Dated:   **May 12, 2017**             **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE