UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRONE CLIFF,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANDRE MATEVOUSIAN,<br><br>　　　　Respondent. | No. 1:17-cv-00641-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION FOR SUMMARY JUDGMENT, AND REFERRING BACK TO MAGISTRATE JUDGE<br><br>(Doc. Nos. 8, 13) |

Petitioner is proceeding *in propria persona* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner filed a motion for summary judgment on May 18, 2017. (Doc. No. 8.) On May 22, 2017, the assigned magistrate judge issued findings and recommendations recommending petitioner's motion for summary judgment be denied. (Doc. No. 13). These findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within twenty-one days from the date of service. To date, no party has filed objections, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the undersigned has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the undersigned concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

1

Given the foregoing:

1. The findings and recommendations issued May 22, 2017 (Doc. No. 13) are adopted in full;
2. Petitioner's motion for summary judgment (Doc. No. 8) is denied; and
3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 9, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE